Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Avin P. Sharma (State Bar No. 233328)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MELCON, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SONY BMG MUSIC ENTERTAINMENT, SONY CORPORATION OF AMERICA, and BERTELSMANN, INC.<br><br>Defendants. | Case No. C-05-5084 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CHANGE OF VENUE** |

STIPULATION AND [PROPOSED] ORDER
Case No: C-05-5084 MHP

1

1  WHEREAS on December 8, 2005, Plaintiff filed a class action complaint in the above entitled action;

2  WHEREAS Defendant Sony BMG Music Entertainment, Defendant Sony Corporation of America, and Defendant Bertelsmann Inc., have their headquarters in New York, New York;

3  WHEREAS Plaintiffs served the Complaint on all Defendants and filed with this Court proofs of service for all Defendants;

4  WHEREAS at the time of filing of this stipulation, Defendant Sony Corporation of America and Defendant Bertelsmann, Inc., have not responded to the Complaint; and

5  WHEREAS there is a pending consolidated action, related to the present action, in the Southern District of New York, entitled *In re Sony BMG CD Technologies Litigation*, Case No. 1:05-cv-09575-NRB.

NOW THEREFORE, subject to the Court's approval, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. In the interests of the prompt administration of justice as a formal case management structure is presently in place before the Honorable Naomi Reice Buchwald in the Southern District of New York, the above entitled action shall be transferred to the Southern District of New York.

1  IT IS SO STIPULATED.

2  DATED: 1/3/06

3  **GREEN WELLING LLP**                                    **DEBEVOISE & PLIMPTON LLP**

4

5  By: /s/ Robert S. Green                                  By: /s/
       Robert S. Green                                           Jeffrey S. Jacobson

6
   Jenelle Welling                                          919 Third Avenue
7  Avin P. Sharma                                           New York, New York 10022
   595 Market Street, Suite 2750                            Telephone: (212) 909-6000
8  San Francisco, CA 94105                                  Facsimile: (212) 909-6836
   Telephone: (415) 477-6700
9  Facsimile: (415) 477-6710
                                                            Attorney for Defendant Sony BMG Music
10 Attorney for Plaintiff                                   Entertainment

11 DATED: January 3, 2006

                              **[PROPOSED] ORDER**
12
   Upon stipulation and good cause appearing,
13
   1.  The above entitled case shall be transferred to the Southern District of New York;
14
   and
15
   2.  The Clerk of this Court shall transmit all papers and pleadings on file in this
16
   action to the Clerk of the United States District Court for the Southern District of
17
   New York.
18
   IT IS SO ORDERED.
19

20

21

22  January 6, 2006                                         _____
                                                            The Honorable
23                                                          United States District Judge
                                                            Judge Marilyn H. Patel
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No: C-05-5084 MHP

3